UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBEX COMMUNICATIONS, INC., | No. C 05-3919 WDB |
| Plaintiff, | ORDER FOLLOWING DECEMBER 12, 2005, TELEPHONIC CONFERENCE |
| v. | |
| RAINDANCE COMMUNICATIONS, INC., | |
| Defendant(s). _____/ | |

On December 12, 2005, the Court held a telephonic conference in the above-referenced case. For reasons stated on the record, the Court ORDERS as follows:

1. The Rule 26(f) Conference will be conducted on January 2nd and January 3rd, 2006.

2. Either party may (but is NOT required to) make its initial disclosures prior to the Rule 26(f) conference.

IT IS SO ORDERED.

Dated: December 12, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
All parties, WDB, Stats

1