UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBEX COMMUNICATIONS, INC., | No. C-05-3919 CRB (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERENCE; ORDER THEREON** |
| RAINDANCE COMMUNICATIONS, INC., | (E-FILING CASE) |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of all discovery issues.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

All documents shall be filed with the Clerk's Office in compliance with Civil Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.  Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-1(e).

Discovery motions may be addressed to the Court in two ways.

1. In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b).

2. By Joint Letter: in the event a discovery dispute arises, lead trial counsel for the party seeking discovery shall in good faith confer **in person** with lead trial counsel for the party resisting

the discovery in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a). After efforts to resolve a dispute by telephone or in writing have failed, any party may demand such a meeting on ten (10) calendar days notice. The location of the meeting will alternate with the location of the first meeting selected by Plaintiff, the second by Defendant, and so on. After the meeting, the parties shall file with the Court within five (5) calendar days a Joint Letter setting forth (1) the issues still in dispute, with a detailed recital of each side's position, and (2) the final compromise proposed by each side on each issue. After receipt of the Joint Letter, the Court will determine what, if any, further proceedings are necessary.

The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

**A party or counsel has a continuing duty to supplement the initial disclosure when required under Federal Rule of Civil Procedure 26(e)(1).**

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) calendar days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

### ELECTRONIC FILING AND COURTESY COPIES

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements. All documents shall be filed in compliance with the Civil Local Rules. Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE 5:00 P.M. ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to Magistrate Judge Spero shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

**The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).**

1    IT IS SO ORDERED.

3    Dated: January 31, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge