UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBEX COMMUNICATIONS, INC., | Case No. C05-3919 CRB ( JCS) |
| Plaintiff(s), | **PATENT CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| RAINDANCE COMMUNICATIONS, INC., | |
| Defendant(s). | |

The Court enters the following Patent Case Management Scheduling Order.

IT IS HEREBY ORDERED THAT:

    A.    Initial Disclosures shall be served on or before **January 31, 2006**.

    B.    Patentee's Initial Disclosure of Asserted Claims and Preliminary Infringement Contentions and related document production pursuant to Pat. L. R. 3-1 and 3-2 on or before **February 6, 2006.**

    C.    Accused Infringers' Preliminary Invalidity Contentions and related document production pursuant to Pat. L. R. 3-3 and 3-4 on or before **March 23, 2006.**

    D.    Exchange of Proposed Terms and Claim Elements for Construction pursuant to Pat. L. R. 4-1 on or before **April 3, 2006.**

    E.    Exchange of Preliminary Claim Construction and Extrinsic Evidence pursuant to Pat. L. R. 4-2 on or before **April 23, 2006.**

    F.    Joint Claim Construction Statement pursuant to Pat. L. R. 4-3 on or before **May 22, 2006.**

    G.    Close of Claim Construction Discovery pursuant to Pat. L. R. 4-4 on or before **June 21, 2006.**

H. Patentee's Opening Claim Construction Brief pursuant to Pat. L. R. 4-5(a) on or before **July 10, 2006.**

I. Alleged Infringer's Responsive Claim Construction Brief pursuant to Pat. L. R. 4-5(b) on or before **July 24, 2006.**

J. Patentee's Reply Claim Construction Brief pursuant to Pat. L. R. 4-5(c) on or before **July 31, 2006.**

K. The Claim Construction Tutorial is set for **September 12, 2006 at 2:30 p.m.**

L. The Claim Construction hearing is set for **September 14, 2006, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: February 15, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge