

STEPHEN S. KORNICZKY (SBN 135532)  stephenkorniczky@paulhastings.com
S. CHRISTIAN PLATT (SBN 199318)  christianplatt@paulhastings.com
JOSEPH M. WARREN (SBN 222870)  joewarren@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone:  (858) 720-2500
Facsimile:   (858) 720-2555
Attorneys for Defendant and Counterclaimant,
RAINDANCE COMMUNICATIONS, INC.

TOWNSEND & TOWNSEND & CREW LLP
THEODORE T. HERHOLD (SBN 122895)  ttherhold@townsend.com
THOMAS F. FITZPATRICK (SBN 193565)  tffitzpatrick@townsend.com
JULIE J. HAN (SBN 215279 )  jjhan@townsend.com
STEVEN W. FLANDERS (SBN 206563)  swflanders@townsend.com
379 Lytton Avenue
Palo Alto, CC 94301
Telephone: (650) 326-2400
Facsimile: (65) 326-2422
Attorneys for Plaintiff and Counterdefendant,
WEBEX COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBEX COMMUNICATIONS INC., a Delaware corporation,<br><br>            Plaintiff,<br>    vs.<br><br>RAINDANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>            Defendant. | Case No. C-05-03919 CRB (JCS)<br><br>**STIPULATION TO STANDSTILL OF DISCOVERY AND MOTIONS PENDING SETTLEMENT AND [PROPOSED] ORDER THEREON**<br><br>Judge:    Hon. Charles R. Breyer<br>Ctrm.:    8, 19th Floor |
| RAINDANCE COMMUNICATIONS INC., a Delaware corporation,<br><br>            Counterclaimant,<br><br>    vs.<br><br>WEBEX COMMUNICATIONS, INC., a Delaware corporation,<br><br>            Counterdefendant. | |

1   *Whereas*, plaintiff and counterclaimant WebEx Communications, Inc. ("WebEx") and
2   defendant and counterclaimant Raindance Communications, Inc. ("Raindance") have reached an
3   agreement in principal to settle this lawsuit;

4   *Whereas*, the parties are in the process of memorializing their settlement agreement in
5   writing;

6   *Whereas*, on March 15, 2006, WebEx noticed a Rule 30(b)(6) deposition of Raindance
7   regarding the efforts taken to search, identify and retrieve documents responsive to WebEx's
8   discovery requests, among other things;

9   *Whereas*, on March 16, 2006, Raindance filed a motion for leave to amend its Answer and
10  Counterclaims in this matter to assert additional affirmative defenses based on patent misuse,
11  unclean hands, and inequitable conduct; and

12  *Whereas*, on March 22, 2006, WebEx filed a motion to transfer this action to the Eastern
13  District of Texas for the convenience of the parties and witnesses pursuant to 28 U.S.C.
14  § 1404(a);

15  The parties, by and through their respective counsel of record, hereby stipulate and request
16  an order that:

17  1.   All pending matters shall be held in abeyance and/or taken off calendar pending
18  execution of a written settlement agreement and filing by the parties of a stipulation to dismissal
19  with prejudice of all claims and counterclaims in this action pursuant to Rule 41 of the Federal
20  Rules of Civil Procedure.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION TO STANDSTILL OF DISCOVERY AND MOTIONS PENDING SETTLEMENT          1
AND [PROPOSED] ORDER THEREON, CASE NO. C05 03919 CRB (JCS)

2. The parties need not file any responsive briefs or take any action with respect to any currently pending motions.

IT IS SO STIPULATED.

DATED: March 28, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/ S. Christian Platt
    S. CHRISTIAN PLATT

Attorneys for Defendant and Counterclaimant,
Raindance Communications, Inc.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from S. Christian Platt

DATED: March 28, 2006          TOWNSEND & TOWNSEND & CREW LLP


By: /s/ Steven W. Flanders
    STEVEN W. FLANDERS

Attorneys for Plaintiff and Counterdefendant,
WebEx Communications, Inc.

IT IS SO ORDERED.

DATED: March 29, 2006

HON. CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

STIPULATION TO STANDSTILL OF DISCOVERY AND MOTIONS PENDING SETTLEMENT
AND [PROPOSED] ORDER THEREON, CASE NO. C05 03919 CRB (JCS)

2