1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (SBN 122895) ttherhold@townsend.com
2  THOMAS F. FITZPATRICK (SBN 193565) tffitzpatrick@townsend.com
   JULIE J. HAN (SBN 215279) jjhan@townsend.com
3  STEVEN W. FLANDERS (SBN 206563) swflanders@townsend.com
   379 Lytton Avenue
4  Palo Alto, California  94301
   Telephone: (650) 326-2400
5  Facsimile: (650) 326-2422

6  Attorneys for Plaintiff and Counterdefendant
   WEBEX COMMUNICATIONS, INC.
7
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  STEPHEN S. KORNICZKY (SBN 135532) stevekorniczky@paulhastings.com
   S. CHRISTIAN PLATT (SBN 199318) christianplatt@paulhastings.com
9  JOSEPH M. WARREN (SBN 222870) joewarren@paulhastings.com
10 3579 Valley Centre Drive
   San Diego, CA  92130
11 Telephone:  (858) 720-2500
   Facsimile:  (858) 720-2555
12
13 Attorneys for Defendant and Counterclaimant
   RAINDANCE COMMUNICATIONS, INC.
14

15                        UNITED STATES DISTRICT COURT

16                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | WEBEX COMMUNICATIONS, INC., | Case No.   C05 03919 CRB (JCS) |
   | a Delaware Corporation, | |
18 | | **STIPULATION FOR DISMISSAL; ORDER** |
   | Plaintiff, | |
19 | | |
   | v. | |
20 | | |
   | RAINDANCE COMMUNICATIONS, INC., | |
21 | a Delaware Corporation, | |
22 | Defendant. | |
23 | | |
   | RAINDANCE COMMUNICATIONS, INC., | |
24 | a Delaware Corporation, | |
25 | Counterclaimant, | |
26 | v. | |
27 | WEBEX COMMUNICATIONS, INC., | |
   | a Delaware Corporation, | |
28 | Counterdefendant. | |

1    The parties to this action have executed a Settlement Agreement resolving all claims and
2    counterclaims in the action. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
3    Procedure and subject to the terms and conditions of the Settlement Agreement, IT IS HEREBY
4    STIPULATED by and between the parties hereto that the above-captioned action be and hereby is
5    dismissed with prejudice, each side to bear its own attorneys' fees and costs of suit.

TOWNSEND AND TOWNSEND AND CREW LLP

DATED: April 7, 2006    By:   /s/ Steven W. Flanders
    Steven W. Flanders
    Attorneys for Plaintiff/Counterdefendant
    WEBEX COMMUNICATIONS, INC.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

DATED: April 7, 2006    By:   /s/ Stephen S. Korniczky
    Stephen S. Korniczky
    Attorneys for Defendant/Counterclaimant
    RAINDANCE COMMUNICATIONS, INC.

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Stephen S. Korniczky.

# ORDER

WHEREAS, Plaintiff and Counterdefendant WebEx Communications, Inc. ("WebEx") and Defendant and Counterclaimant Raindance Communications, Inc. ("Raindance") have settled their respective claims and counterclaims against each other; and

WHEREAS, WebEx and Raindance have agreed to dismiss their claims, counterclaims and other claims for relief against each other with prejudice, with each party bearing its own attorneys' fees, costs and expenses, as stipulated by both parties above;

IT IS HEREBY ORDERED AND ADJUDGED, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, that:

1. All claims asserted by WebEx against Raindance and all claims, defenses and counterclaims asserted by Raindance against WebEx in this action are hereby dismissed in their entirety with prejudice.

2. Each party shall bear its own attorneys' fees, costs and expenses.

3. All other relief not provided herein is denied.

IT IS SO ORDERED.

DATED: __April 10_____, 2006



_____
UNITED STATES DISTRICT COURT JUDGE

60740657 v1